**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

JASON MEINZ,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

C.A. No. ________________

# JURY DEMAND

Pursuant to F.R.C.P. 38 (b) Plaintiff Jason Meinz, by and through its counsel Jason M. Tangeman, of Nicholas & Tangeman, LLC, and hereby demands a jury trial of six (6) persons on all issues so triable in the above-captioned matter.

DATED this 19th day of October, 2026.

Respectfully submitted,

JASON MEINZ

By his attorneys,

/s/ Jason M. Tangeman
Jason M. Tangeman (WSB 6-3082)
Nicholas & Tangeman, LLC
170 North Fifth St.
P.O. Box 0928
Laramie, WY 82073-0928
(307) 742-7140
JTangeman@wyolegal.com
***Local Counsel for Plaintiff***

Shannon Liss-Riordan
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
***Pro Hac Vice Admission Forthcoming***